UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY HATCHER,

Plaintiff,

-against-

NEW YORK CITY D.O.C.,

Defendant.

22-CV-6748 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 18, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 18, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge